United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-11028
Conference Calendar

BILLY JOHN ROBERSON,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CV-1055-D
- - - - - - - - - -

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Billy John Roberson appeals the district court's remand order pursuant to sentence six of 42 U.S.C. § 405(g). The appeal is DISMISSED for lack of an appealable final judgment. See 28 U.S.C. § 1291; Sullivan v. Finkelstein, 496 U.S. 617, 623-31 (1990); Melkonyan v. Sullivan, 501 U.S. 89, 99-102 (1991).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.